266 So.2d 432

**Leroy K. MANUEL**

v.

**MISSOURI PACIFIC RAILROAD COMPANY.**

No. 52713.

Sept. 22, 1972.

SUMMERS, J., is of the opinion the writ should be granted on the issue of quantum. The Court of Appeal has not found manifest error in the award of the trial court.

This drastic reduction is not warranted by the facts found.

TATE, J., concurs in SUMMERS, J.'s, dissent.

DIXON, J., dissents from the refusal to grant.